No. 72–6687. LOPEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–6692. ECKERT *v.* CITY OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied.

No. 72–6693. TROPEANO *v.* UNITED STATES; and No. 72–6694. MALONE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: No. 72–6693, 476 F. 2d 586.

No. 72–6695. GALARDI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6696. GUFFEY *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–6697. WILLIAMS ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–6698. BURTON *v.* HASKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6700. MULLINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–6701. GRISSAM *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–6702. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6703. JENSEN *v.* REEPLOEG ET AL. Sup. Ct. Wash. Certiorari denied.

No. 72–6704. DILLARD *v.* NEW YORK CITY TRANSIT AUTHORITY. Ct. App. N. Y. Certiorari denied.

No. 72–6705. BEASLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.